UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA       :    INDICTMENT

    - v. -                      :    22 Cr. 117

JACQUES JEAN,                  :
    a/k/a "Jay Jean,"
    a/k/a "Felix Mitchell," and  :
LOURDES IVETTE PAZO,

               Defendants.    :

- - - - - - - - - - - - - - - - - - x

**COUNT ONE**

The Grand Jury charges:

    1.  On or about December 9, 2021, in the Southern District of New York and elsewhere, JACQUES JEAN, a/k/a "Jay Jean," a/k/a "Felix Mitchell," and LOURDES IVETTE PAZO, the defendants, intentionally and knowingly distributed and possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

    2.  The controlled substance involved in the offense was 40 grams and more of mixtures and substances containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(B)

  (Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(B); Title 18, United States Code, Section 2.)

**COUNT TWO**

The Grand Jury further charges:

    3.  In or about December 2021, in the Southern

District of New York and elsewhere, JACQUES JEAN, a/k/a "Jay Jean," a/k/a "Felix Mitchell," and LOURDES IVETTE PAZO, the defendants, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

4. It was a part and an object of the conspiracy that JACQUES JEAN, a/k/a "Jay Jean," a/k/a "Felix Mitchell," and LOURDES IVETTE PAZO, the defendants, and others known and unknown, would and did distribute and possess with the intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1).

5. The controlled substance that JACQUES JEAN, a/k/a "Jay Jean," a/k/a "Felix Mitchell," and LOURDES IVETTE PAZO, the defendants, conspired to distribute and possess with intent to distribute was 40 grams and more of mixtures and substances containing a detectable amount of fentanyl, in violation of 21 U.S.C. § 841(b)(1)(B).

(Title 21, United States Code, Section 846.)

### COUNT THREE

The Grand Jury further charges:

6. On or about December 9, 2021, in the Southern District of New York, JACQUES JEAN, a/k/a "Jay Jean," a/k/a "Felix Mitchell," and LOURDES IVETTE PAZO, the defendants,

during and in relation to a drug trafficking crime for which they may be prosecuted in a court of the United States, namely, the narcotics offenses charged in Counts One and Two of this Indictment, knowingly did use and carry a firearm, and, in furtherance of such crimes, did possess a firearm, and did aid and abet the use, carrying, and possession of a firearm.

(Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.)

## COUNT FOUR

The Grand Jury further charges:

7. On or about December 9, 2021, in the Southern District of New York, JACQUES JEAN, a/k/a "Jay Jean," a/k/a "Felix Mitchell," and LOURDES IVETTE PAZO, the defendants, who were not licensed importers, licensed manufacturers, licensed dealers, or licensed collectors of firearms, did transfer, sell, trade, give, transport, and deliver a firearm to another person, who was not a licensed importer, licensed manufacturer, licensed dealer, or licensed collector of firearms, whom JEAN and PAZO knew and had reasonable cause to believe did not reside in the State in which JEAN and PAZO resided, to wit, JEAN and PAZO, who resided in Connecticut, sold a Taurus G2S 9 MM caliber pistol to an individual they had reasonable cause to believe resided in New York.

(Title 18, United States Code, Sections 922(a)(5) and 2.)

## COUNT FIVE

The Grand Jury further charges:

8. In or about December 2021, in the Southern District of New York and elsewhere, JACQUES JEAN, a/k/a "Jay Jean," a/k/a "Felix Mitchell," and LOURDES IVETTE PAZO, the defendants, and others known and unknown, willfully and knowingly combined, conspired, confederated and agreed together and with each other to commit an offense against the United States, to wit, the unlicensed delivery of a firearm to another person who resided in a different State than JEAN and PAZO, in violation of 18 U.S.C. 922(a)(5).

9. It was part and an object of the conspiracy that JACQUES JEAN, a/k/a "Jay Jean," a/k/a "Felix Mitchell," and LOURDES IVETTE PAZO, the defendants, who are not licensed importers, licensed manufacturers, licensed dealers, or licensed collectors of firearms, and others known and unknown, did transfer, sell, trade, give, transport, and deliver a firearm to another person, who was not a licensed importer, licensed manufacturer, licensed dealer, or licensed collector of firearms, whom JEAN and PAZO knew and had reasonable cause to believe did not reside in the State in which JEAN and PAZO resided.

Overt Acts

10.  In furtherance of the conspiracy, and to effect the illegal objects thereof, the following acts, among others, were committed in the Southern District of New York and elsewhere:

a. JACQUES JEAN, a/k/a "Jay Jean," a/k/a "Felix Mitchell," the defendant, who resided in Connecticut, arranged the sale and delivery of a Taurus G2S 9 mm pistol bearing serial number TLU69202 to a person whom he had reasonable cause to believe resided in New York and directed the transportation of that same firearm from Connecticut to Port Chester, New York.

b. LOURDES IVETTE PAZO, the defendant, who resided in Connecticut, sold and delivered a Taurus G2S 9 mm pistol bearing serial number TLU69202 to a person whom she had reasonable cause to believe resided in New York.

(Title 18, United States Code, Section 371.)

**COUNT SIX**

The Grand Jury further charges:

11.  From in or about October 2021 until in or about December 2021, JACQUES JEAN, a/k/a "Jay Jean," a/k/a "Felix Mitchell," the defendant, who was not a licensed importer, licensed manufacturer, or licensed dealer of firearms, did willfully engage in the business of dealing in firearms and in the course of such business did ship and transport a firearm in

5

interstate commerce, to wit, JEAN sold three firearms to another individual and directed that a fourth firearm be transported from Milford, Connecticut, to Port Chester, New York, to be sold to that individual there.

(Title 18, United States Code, Sections 922(a)(1)(A) and 2.)

## FORFEITURE ALLEGATIONS

12. As a result of committing the offenses alleged in Counts One and Two of this Indictment, JACQUES JEAN, a/k/a "Jay Jean," a/k/a "Felix Mitchell," and LOURDES IVETTE PAZO, the defendants, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses that the defendant personally obtained.

### Substitute Assets Provision

9. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

_____
FOREPERSON

_____
DAMIAN WILLIAMS
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JACQUES JEAN,
a/k/a "Jay Jean,"
a/k/a "Felix Mitchell,"
LOURDES IVETTE PAZO,

Defendants.

## INDICTMENT

22 Cr. \_\_\_

(18 U.S.C. §§ 371, 922(a)(1)(A),
922(a)(5), 924(c), and 2; 21 U.S.C.
§§ 812, 841 and 846.)

DAMIAN WILLIAMS
United States Attorney

*/signature/*
Foreperson