UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA, :

   -against- :    22 Cr. 117 (CS)

LOURDES PAZO, :    ORDER TO EXONERATE BOND

          Defendant :

------------------------------------x

Hon. Cathy Seibel, United States District Judge:

    IT IS SO ORDERED that the cash bond posted by the surety designated below, securing the Appearance of Defendant Lourdes Pazo (ECF Doc No. 6), in the amount of one thousand seven hundred ($1,700.00) Dollars, is **hereby exonerated**.

    IT IS FURTHER ORDERED that the Clerk of Court shall release and return forthwith the aforesaid posted cash bond to the following surety:

Name of Surety:   Dameonie Whitaker
Address:   933 Rubber Ave. Unit 10H, Naugatuck, CT 06770

SO ORDERED:

                                                                                 _____
                                                                                 Honorable Cathy Seibel
                                                                                  United States District Judge
                                                                                  Southern District of New York

Dated:  April 28, 2023
White Plains, New York